# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratter, Gene E. | U.S. District Court, E.D. Pa. | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

10613 United States Courthouse
Sixth & Market Streets
Philadelphia, PA 19106-1723

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Cohen, Placitella & Roth (Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern Pritzker School of Law | October 16-17, 2019 | Chicago, IL | Complex Litigation Conference | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Pratter, Gene E.** | 05/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Schwab Money Market Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 2. | BlackRock Low Duration - Retirement #5 | A | Dividend | K | T | | | | | |
| 3. | DFA Global Equity - Retirement #5 | A | Dividend | L | T | Buy (add'l) | 04/03/19 | J | | |
| 4. | Schwab Money Market Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 5. | BlackRock Low Duration - Retirement #6 | A | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 6. | DFA Global Equity - Retirement #6 | B | Dividend | L | T | Buy (add'l) | 04/03/19 | J | | |
| 7. | DFA US Micro Cap - Retirement #7 | B | Dividend | L | T | | | | | |
| 8. | DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | M | T | | | | | |
| 9. | DFA International Small Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 10. | DFA International Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 11. | DFA One Year Fixed - Retirement #7 | D | Dividend | | | Sold (part) | 03/07/19 | K | A | |
| 12. | DFA One Year Fixed - Retirement #7 | | None | | | Sold | 12/18/19 | N | A | |
| 13. | DFA US Small Cap Value - Retirement #7 | B | Dividend | L | T | Sold (part) | 07/19/19 | K | C | |
| 14. | DFA US Large Cap Value - Retirement #7 | D | Dividend | N | T | Buy (add'l) | 01/23/19 | L | | |
| 15. | DFA US Large Cap Value - Retirement #7 | | None | | | Sold (part) | 04/12/19 | J | A | |
| 16. | Dodge & Cox Stock - Retirement #7 | E | Dividend | N | T | Sold (part) | 01/23/19 | K | A | |
| 17. | Dodge & Cox Stock - Retirement #7 | | None | | | Sold (part) | 03/07/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | First Eagle Overseas - Retirement #7 | D | Dividend | M | T | | | | | |
| 19. | Hotchkis & Wiley Mid Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 20. | Morgan Stanley International Equity - Retirement #7 | E | Dividend | M | T | Buy (add'l) | 03/13/19 | K | | |
| 21. | Morgan Stanley Emerging Markets - Retirement #7 | E | Dividend | M | T | Buy (add'l) | 01/23/19 | J | | |
| 22. | Royce Opportunity - Retirement #7 | B | Dividend | L | T | Sold (part) | 07/12/19 | K | A | |
| 23. | Schwab Money Market Fund - Retirement #7 | A | Dividend | L | T | | | | | |
| 24. | Westcore Intl Small Cap - Retirement #7 | | None | | | Sold | 02/22/19 | J | C | |
| 25. | Westcore Mid Cap Value - Retirement #7 | D | Dividend | M | T | Sold (part) | 05/23/19 | K | A | |
| 26. | William Blair Large Growth - Retirement #7 | E | Dividend | N | T | Sold (part) | 01/23/19 | K | A | |
| 27. | William Blair Large Growth - Retirement #7 | | None | | | Sold (part) | 03/07/19 | J | A | |
| 28. | William Blair Large Growth - Retirement #7 | | None | | | Sold (part) | 04/12/19 | K | C | |
| 29. | William Blair Large Growth - Retirement #7 | | None | | | Sold (part) | 07/12/19 | K | D | |
| 30. | Metropolitan West Total Return - Retirement #7 | D | Dividend | N | T | Buy (add'l) | 07/12/19 | K | | |
| 31. | BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | Sold (part) | 03/07/19 | J | A | |
| 32. | Ivy Mid Growth - Retirement #7 | D | Dividend | M | T | Sold (part) | 01/23/19 | J | A | |
| 33. | Ivy Mid Growth - Retirement #7 | | None | | | Sold (part) | 03/07/19 | J | A | |
| 34. | Ivy Mid Growth - Retirement #7 | | None | | | Sold (part) | 04/12/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Ivy Mid Growth - Retirement #7 | | None | | | Sold<br>(part) | 05/23/19 | L | D | |
| 36. DFA Global Real Estate - Retirement #7 | D | Dividend | M | T | Sold<br>(part) | 01/23/19 | L | A | |
| 37. William Blair Small Growth - Retirement #7 | B | Dividend | L | T | Sold<br>(part) | 07/12/19 | K | A | |
| 38. Morgan Stanley AIP - Retirement #7 | D | Dividend | N | T | | | | | |
| 39. DFA International Large Growth - Retirement #7 | A | Dividend | M | T | | | | | |
| 40. DFA Short Term Gov't - Retirement #7 | C | Dividend | N | T | | | | | |
| 41. DFA US Small Growth - Retirement #7 | A | Dividend | L | T | Sold<br>(part) | 07/12/19 | K | B | |
| 42. DFA Intl Small Growth - Retirement #7 | A | Dividend | L | T | | | | | |
| 43. DFA Int Term Governement Bond - Retirement #7 | | None | N | T | Buy | 12/19/19 | N | | |
| 44. AQR Defensive Equity - Retirement #7 | C | Dividend | M | T | Buy | 05/23/19 | M | | |
| 45. AQR Defensive Equity - Retirement #7 | | None | | | Buy<br>(add'l) | 07/12/19 | M | | |
| 46. Schwab Money Market Fund - Trust #1 | A | Dividend | J | T | | | | | |
| 47. Dodge & Cox Stock - Trust #1 | D | Dividend | L | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 48. First Eagle Overseas - Trust #1 | C | Dividend | K | T | | | | | |
| 49. Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | | |
| 50. Morgan Stanley International Equity - Trust #1 | C | Dividend | K | T | Buy | 01/23/19 | K | | |
| 51. Morgan Stanley International Equity - Trust #1 | | None | | | Buy<br>(add'l) | 03/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Royce Opportunity - Trust #1 | A | Dividend | K | T | Sold<br>(part) | 07/12/19 | J | A | |
| 53. | Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | Sold<br>(part) | 05/23/19 | J | A | |
| 54. | DFA Tax Managed Marketwide Value -<br>Trust #1 | C | Dividend | L | T | Buy<br>(add'l) | 01/23/19 | K | | |
| 55. | DFA US Micro Cap - Trust #1 | A | Dividend | K | T | | | | | |
| 56. | DFA Intl Small Cap Value - Trust #1 | A | Dividend | K | T | Buy | 01/23/19 | K | | |
| 57. | Westcore Intl Small Cap - Trust #1 | | None | | | Sold<br>(part) | 02/22/19 | J | A | |
| 58. | Westcore Intl Small Cap - Trust #1 | | None | | | Sold | 03/12/19 | K | C | |
| 59. | DFA Int'l Value - Trust #1 | A | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | K | | |
| 60. | DFA US Small Value - Trust #1 | A | Dividend | K | T | Sold<br>(part) | 07/12/19 | J | B | |
| 61. | DFA Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 62. | Metropolitan West Total Return - Trust #1 | A | Dividend | K | T | Buy<br>(add'l) | 04/03/19 | J | | |
| 63. | William Blair Small Cap Growth - Trust #1 | A | Dividend | K | T | Sold<br>(part) | 07/12/19 | J | A | |
| 64. | DFA Global Real Estate - Trust #1 | B | Dividend | K | T | Sold<br>(part) | 01/23/19 | J | A | |
| 65. | DFA Emerging Markets - Trust #1 | A | Dividend | L | T | | | | | |
| 66. | DFA International Large Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 67. | Ivy Mid Growth - Trust #1 | B | Dividend | K | T | Sold<br>(part) | 04/03/19 | J | B | |
| 68. | Ivy Mid Growth - Trust #1 | | None | | | Sold<br>(part) | 05/23/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. William Blair Large Growth - Trust #1 | D | Dividend | L | T | Sold (part) | 01/23/19 | K | A | |
| 70. William Blair Large Growth - Trust #1 | | None | | | Sold (part) | 07/12/19 | J | B | |
| 71. Thornburg Limited Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 72. DFA US Small Growth - Trust #1 | A | Dividend | K | T | Sold (part) | 07/12/19 | J | A | |
| 73. iShares MSCI EAFE ETF - Trust #1 | | None | | | Sold | 01/23/19 | K | A | |
| 74. iShares MSCI EAFE Small Cap ETF - Trust #1 | | None | | | Sold | 01/23/19 | K | A | |
| 75. AQR Defensive Equity - Trust #1 | B | Dividend | L | T | Buy | 05/23/19 | K | | |
| 76. AQR Defensive Equity - Trust #1 | | None | | | Buy (add'l) | 07/12/19 | K | | |
| 77. DFA Intl Small Cap Growth - Trust #1 | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 78. DFA Tax Mgd US Marketwide Value - Brokerage #1 | B | Dividend | L | T | | | | | |
| 79. DFA US Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 80. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | Sold (part) | 10/30/19 | J | B | |
| 81. DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 10/30/19 | J | A | |
| 82. First Eagle Overseas - Brokerage #1 | B | Dividend | K | T | | | | | |
| 83. Morgan Stanley International Equity - Brokerage #1 | B | Dividend | K | T | | | | | |
| 84. Schwab Money Market Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 85. Hotchkis & Wiley Mid Cap Value Brokerage #1 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. William Blair Large Growth - Brokerage #1 | C | Dividend | L | T | | | | | |
| 87. William Blair Small Cap Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 10/30/19 | J | A | |
| 88. Westcore Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 05/23/19 | J | A | |
| 89. DFA Int'l Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 90. Metropolitan West Total Return - Brokerage #1 | C | Dividend | M | T | | | | | |
| 91. Thornburg Limitd Term Municipal - Brokerage #1 | C | Dividend | M | T | | | | | |
| 92. DFA Global Real Estate - Brokerage #1 | B | Dividend | K | T | | | | | |
| 93. Dodge & Cox Stock - Brokerage #1 | C | Dividend | L | T | | | | | |
| 94. Royce Opportunity - Brokerage #1 | A | Dividend | J | T | Sold (part) | 10/30/19 | J | A | |
| 95. DFA US Micro Cap - Brokerage #1 | A | Dividend | J | T | | | | | |
| 96. DFA Int'l Large Growth - Brokerage #1 | A | Dividend | K | T | | | | | |
| 97. Ivy Mid Growth - Brokerage #1 | B | Dividend | K | T | Sold (part) | 05/23/19 | J | A | |
| 98. DFA Short Term Muni - Brokerage #1 | A | Dividend | L | T | Sold (part) | 12/05/19 | J | A | See Notes in Part VIII |
| 99. DFA Intl Small Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 100. iShares MSCI EAFE Small Cap ETF - Brokerage #1 | | None | | | Sold | 03/07/19 | J | A | |
| 101. AQR Defensive Equity - Brokerage #1 | A | Dividend | K | T | Buy | 05/23/19 | J | | |
| 102. DFA International Value - Brokerage #1 | A | Dividend | K | T | Buy | 11/12/19 | K | | See Notes in Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA US Small Cap Growth - Brokerage #1 | A | Dividend | J | T | Buy | 11/12/19 | J | | See Notes In Part VIII |
| 104. DFA US Micro Cap - Brokerage #2 | | None | | | Sold (part) | 07/12/19 | J | A | |
| 105. DFA US Micro Cap - Brokerage #2 | | None | | | Merged (with line 95) | 11/12/19 | J | | |
| 106. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | | | Sold (part) | 10/30/19 | J | A | |
| 107. DFA Tax Mgd Marketwide Value - Brokerage #2 | | None | | | Merged (with line 78) | 11/12/19 | K | | |
| 108. DFA US Small Value - Brokerage #2 | A | Dividend | | | Sold (part) | 07/12/19 | J | A | |
| 109. DFA US Small Value - Brokerage #2 | | None | | | Merged (with line 79) | 11/12/19 | J | | |
| 110. Dodge & Cox Stock - Brokerage #2 | A | Dividend | | | Sold (part) | 10/30/19 | J | A | |
| 111. Dodge & Cox Stock - Brokerage #2 | | None | | | Merged (with line 93) | 11/12/19 | K | | |
| 112. First Eagle Overseas - Brokerage #2 | A | Dividend | | | Buy (add'l) | 01/23/19 | J | | |
| 113. First Eagle Overseas - Brokerage #2 | | None | | | Merged (with line 82) | 11/12/19 | K | | |
| 114. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | A | Dividend | | | Buy (add'l) | 01/23/19 | J | | |
| 115. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | | None | | | Merged (with line 85) | 11/12/19 | K | | |
| 116. Morgan Stanley International Equity - Brokerage #2 | | None | | | Buy (add'l) | 03/12/19 | J | | |
| 117. Morgan Stanley International Equity - Brokerage #2 | | None | | | Sold (part) | 08/19/19 | J | A | |
| 118. Morgan Stanley International Equity - Brokerage #2 | | None | | | Sold (part) | 10/30/19 | J | A | |
| 119. Morgan Stanley International Equity - Brokerage #2 | | None | | | Merged (with line 83) | 11/12/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Royce Opportunity - Brokerage #2 | | None | | | Sold<br>(part) | 07/12/19 | J | A | |
| 121.  Royce Opportunity - Brokerage #2 | | None | | | Merged<br>(with line 94) | 11/12/19 | J | | |
| 122.  Schwab Money Market Fund - Brokerage #2 | A | Dividend | | | Merged<br>(with line 84) | 11/12/19 | J | | |
| 123.  Westcore Mid Cap Value - Brokerage #2 | | None | | | Sold<br>(part) | 05/23/19 | J | A | |
| 124.  Westcore Mid Cap Value - Brokerage #2 | | None | | | Merged<br>(with line 88) | 11/12/19 | J | | |
| 125.  Westcore International Small Cap -<br>Brokerage #2 | | None | | | Sold<br>(part) | 01/23/19 | J | A | |
| 126.  Westcore International Small Cap -<br>Brokerage #2 | | None | | | Sold<br>(part) | 02/22/19 | J | A | |
| 127.  Westcore International Small Cap -<br>Brokerage #2 | | None | | | Sold | 03/12/19 | J | B | |
| 128.  Metropolitan West Total Return - Brokerage<br>#2 | A | Dividend | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 129.  Metropolitan West Total Return - Brokerage<br>#2 | | None | | | Merged<br>(with line 90) | 11/12/19 | L | | |
| 130.  DFA Short Term Muni - Brokerage #2 | A | Dividend | | | Sold<br>(part) | 04/03/19 | K | A | |
| 131.  DFA Short Term Muni - Brokerage #2 | | None | | | Sold<br>(part) | 08/29/19 | J | A | |
| 132.  DFA Short Term Muni - Brokerage #2 | | None | | | Merged<br>(with line 98) | 11/12/19 | L | | |
| 133.  DFA Global Real Estate - Brokerage #2 | | None | | | Sold<br>(part) | 01/23/19 | J | B | |
| 134.  DFA Global Real Estate - Brokerage #2 | | None | | | Merged<br>(with line 92) | 11/12/19 | J | | |
| 135.  DFA Intl Small Cap Value - Brokerage #2 | | None | | | Buy | 01/23/19 | J | | |
| 136.  DFA Intl Small Cap Value - Brokerage #2 | | None | | | Merged<br>(with line 89) | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  DFA Emerging Markets Core Equity - Brokerage #2 | | None | | | Merged<br>(with line 80) | 11/12/19 | K | | |
| 138.  DFA International Value - Brokerage #2 | | None | | | Merged<br>(with line 102) | 11/12/19 | K | | |
| 139.  Ivy Mid Cap Growth - Brokerage #2 | | None | | | Sold<br>(part) | 01/23/19 | J | B | |
| 140.  Ivy Mid Cap Growth - Brokerage #2 | | None | | | Sold<br>(part) | 05/23/19 | J | C | |
| 141.  Ivy Mid Cap Growth - Brokerage #2 | | None | | | Sold<br>(part) | 08/19/19 | J | A | |
| 142.  Ivy Mid Cap Growth - Brokerage #2 | | None | | | Merged<br>(with line 97) | 11/12/19 | K | | |
| 143.  DFA Intl Large Growth - Brokerage #2 | | None | | | Sold<br>(part) | 01/23/19 | J | A | |
| 144.  DFA Intl Large Growth - Brokerage #2 | | None | | | Merged<br>(with line 96) | 11/12/19 | J | | |
| 145.  William Blair Large Growth - Brokerage #2 | | None | | | Sold<br>(part) | 01/23/19 | J | A | |
| 146.  William Blair Large Growth - Brokerage #2 | | None | | | Sold<br>(part) | 07/12/19 | J | A | |
| 147.  William Blair Large Growth - Brokerage #2 | | None | | | Merged<br>(with line 86) | 11/12/19 | K | | |
| 148.  Thornburg Limited Term Muni - Brokerage #2 | A | Dividend | | | Buy<br>(add'l) | 04/03/19 | K | | |
| 149.  Thornburg Limited Term Muni - Brokerage #2 | | None | | | Merged<br>(with line 91) | 11/12/19 | L | | |
| 150.  DFA US Small Growth - Brokerage #2 | | None | | | Sold<br>(part) | 07/12/19 | J | A | |
| 151.  DFA US Small Growth - Brokerage #2 | | None | | | Sold<br>(part) | 08/19/19 | J | A | |
| 152.  DFA US Small Growth - Brokerage #2 | | None | | | Merged<br>(with line 103) | 11/12/19 | J | | |
| 153.  iShares MSCI EAFE Small Cap ETF - Brokerage #2 | | None | | | Sold | 01/23/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. DFA Intl Small Growth - Brokerage #2 | | None | | | Buy | 04/03/19 | J | | |
| 155. DFA Intl Small Growth - Brokerage #2 | | None | | | Merged<br>(with line 99) | 11/12/19 | J | | |
| 156. AQR Defensive Equity - Brokerage #2 | | None | | | Buy | 05/23/19 | J | | |
| 157. AQR Defensive Equity - Brokerage #2 | | None | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 158. AQR Defensive Equity - Brokerage #2 | | None | | | Merged<br>(with line 101) | 11/12/19 | K | | |
| 159. DFA One Year Fixed - Retirement #8 | C | Dividend | | | Sold | 12/18/19 | N | B | |
| 160. DFA Emerging Markets Core Equity - Retirement #8 | A | Dividend | L | T | | | | | |
| 161. DFA International Value - Retirement #8 | C | Dividend | M | T | | | | | |
| 162. DFA US Large Value - Retirement #8 | D | Dividend | N | T | Buy<br>(add'l) | 01/23/19 | L | | |
| 163. DFA US Small Value - Retirement #8 | B | Dividend | L | T | Sold<br>(part) | 07/12/19 | K | B | |
| 164. DFA US Micro Cap - Retirement #8 | B | Dividend | L | T | | | | | |
| 165. Dodge & Cox Stock - Retirement #8 | E | Dividend | N | T | Sold<br>(part) | 01/23/19 | K | A | |
| 166. DFA Int'l Small Cap Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 167. First Eagle Overseas - Retirement #8 | C | Dividend | M | T | Buy<br>(add'l) | 07/12/19 | K | | |
| 168. Hotchkis & Wiley Mid Cap Value - Retirement #8 | B | Dividend | M | T | | | | | |
| 169. Morgan Stanley Emerging Markets - Retirement #8 | D | Dividend | L | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 170. Morgan Stanley International Equity - Retirement #8 | D | Dividend | M | T | Buy<br>(add'l) | 03/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Royce Opportunity - Retirement #8 | A | Dividend | L | T | Sold (part) | 07/12/19 | J | A | |
| 172. Schwab Money Market Fund - Retirement #8 | A | Dividend | J | T | | | | | |
| 173. Westcore Intl Small Cap - Retirement #8 | | None | | | Sold (part) | 02/22/19 | J | A | |
| 174. Westcore Intl Small Cap - Retirement #8 | | None | | | Sold | 03/12/19 | K | D | |
| 175. Westcore Mid Cap Value - Retirement #8 | C | Dividend | L | T | Sold (part) | 05/23/19 | K | A | |
| 176. William Blair Large Cap Growth - Retirement #8 | E | Dividend | N | T | Sold (part) | 01/23/19 | K | A | |
| 177. William Blair Large Cap Growth - Retirement #8 | | None | | | Sold (part) | 07/12/19 | K | D | |
| 178. BlackRock Low Duration - Retirement #8 | D | Dividend | N | T | | | | | |
| 179. Metropolitan West Total return - Retirement #8 | D | Dividend | N | T | Buy (add'l) | 01/23/19 | K | | |
| 180. William Blair Small Growth - Retirement #8 | B | Dividend | L | T | Sold (part) | 07/12/19 | K | B | |
| 181. Ivy Mid Growth - Retirement #8 | D | Dividend | M | T | Sold (part) | 01/23/19 | K | A | |
| 182. Ivy Mid Growth - Retirement #8 | | None | | | Sold (part) | 05/23/19 | L | D | |
| 183. DFA Global Real Estate - Retirement #8 | D | Dividend | L | T | Sold (part) | 01/23/19 | L | A | |
| 184. Morgan Stanley AIP - Retirement #8 | D | Dividend | M | T | | | | | |
| 185. DFA International Large Growth - Retirement #8 | A | Dividend | L | T | | | | | |
| 186. DFA Short Term Govt - Retirement #8 | D | Dividend | N | T | | | | | |
| 187. DFA US Small Growth - Retirement #8 | A | Dividend | K | T | Sold (part) | 07/12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. DFA Intl Small Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 189. AQR Defensive Equity - Retirement #8 | B | Dividend | M | T | Buy | 05/23/19 | L | | |
| 190. AQR Defensive Equity - Retirement #8 | | None | | | Buy (add'l) | 07/12/19 | L | | |
| 191. DFA Int Term Governement Bond - Retirement #7 | | None | N | T | Buy | 12/19/19 | N | | |
| 192. Equitable Variable Life - Alliance Common Stock | | None | M | T | | | | | |
| 193. Equitable Variable Life - Alliance International | | None | K | T | | | | | |
| 194. PNC Bank Accounts | A | Interest | K | T | | | | | |
| 195. Nantucket Bank Account | A | Interest | J | T | | | | | |
| 196. 401K Plan - John Hancock Balanced | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 98 - This asset was inadvertantly left off the 2018 Financial Disclosure Report. The details that should have been reported were as follows: Amount was A, Type was Dividend, Value was J, and the Value Method was T. There were no buys or sells in 2018.

Line 102 - This asset was transferred in-kind from Brokerage #2 on November 12, 2019.

Line 103 - This asset was transferred in-kind from Brokerage #2 on November 12, 2019.

All assets in Brokerage #2 were transferred in-kind to Brokerage #1 on November 12, 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| **Pratter, Gene E.** | 05/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gene E. Pratter**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544